IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BROOKSTONE HOLDINGS CORP., et al., | ) ) ) | Chapter 11 |
| | ) | Bankruptcy Case No. 18-11780 (BLS) |
| Debtors. | ) ) | Substantively Consolidated |
| | ) ) | |
| New Brookstone Defendants, | ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 19-2256 (MN) |
| Ashley C. Williams, et al., | ) ) ) | |
| Appellees. | ) | |

## **ORDER**

WHEREAS, on January 13, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 6) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, the Recommendation further recommended that briefing regarding the appeal by stayed pending the outcome of Appellees' Motion to Dismiss Bankruptcy Appeal for Failure to Prosecute (D.I. 4);

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' requests (*See* D.I. 6); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 15th day of January 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the appeal briefing is STAYED pending the outcome of Appellees' Motion to Dismiss (D.I. 4).

_____
The Honorable Maryellen Noreika
United States District Court